UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JESUS TORRES-ISLAS<br><br>　　　　　　Defendant. | CR-25-85-GF-BMM<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

　　　　Defendant Jesus Torres-Islas (Torres-Islas) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326(a), as charged in the Information.

　　　　After examining the Torres-Islas under oath, I make the following determinations:

　　　　1.  Torres-Islas is fully competent and capable of entering an informed and voluntary plea;

　　　　2.  Torres-Islas is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3.  Torres-Islas fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4.  Torres-Islas' plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Torres-Islas had adequate time to review his plea with counsel, he fully understands each and every provision of the plea, and all of the statements in the plea are true. Therefore, I recommend that the Torres-Islas be adjudged guilty of the charge of illegal reentry, in violation of 8 U.S.C. § 1326(a) as charged in the Information and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the plea**.

DATED this 31st day of July 2025.

John Johnston
United States Magistrate Judge